**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  04-cv-00371-LTB-CBS

KEITH L. JACKSON, an individual, and
LOUIS J. CONTENTO, an individual,
       Plaintiff,

v.

HUGH J. MCMARLINA and
MARIA T. MCMALIN, husband and wife,
       Defendants/Third-Party Plaintaiffs,

v.

FRANK W. TITONI,
       Third-Party Defendant.
_____

**ORDER OF ADMINISTRATIVE CLOSURE**
_____

Pursuant to representations of counsel and pro se party Titoni at a status conference held by Magistrate Judge Craig B. Shaffer on November 30, 2005, that they are not opposed to this matter being administratively closed, it is

ORDERED that this action shall be administratively retired from the active docket of this Court subject to reactivation for good cause shown.

                                            BY THE COURT:

                                              s/Lewis T. Babcock
                                            Lewis T. Babcock, Chief Judge

DATED: December 1, 2005